UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------x
DUANE MIMS,

                 Plaintiff,

      -against-                                            09 Civ. 4806 (LAK)

WARDEN, et al.,

                 Defendants.
------------------------------------------------x

**ORDER**

LEWIS A. KAPLAN, *District Judge.*

        The action is dismissed without prejudice as recommended by Magistrate Judge Gorenstein. While the report and recommendation was returned as undeliverable, plaintiff has not advised the Court of an updated address.

        SO ORDERED.

Dated:      January 22, 2010

                                                            Lewis A. Kaplan
                                                    United States District Judge